UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ROBERTO JUAREZ AND GLORIA JUAREZ,** | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Cause No. 7:24-CV-00527 |
| **TRISMART SOLAR LLC AND SOLAR MOSAIC LLC,** | § § § | |
| Defendants. | § § § | |

**DEFENDANT SOLAR MOSAIC LLC'S NOTICE OF UNOPPOSED MOTION AND REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

Defendant Solar Mosaic LLC's ("Mosaic") Motion to Compel Arbitration should be granted as it was unopposed. Mosaic's Motion to Compel Arbitration was filed on January 3, 2025. (ECF No. 7). Plaintiffs' response was due by January 24, 2025. *See* Local Rule 7.3. "Failure to respond to a motion will be taken as a representation of no opposition." Local Rule 7.4; *see also T.M.B. Assoc., LLC v. Bank of Am., N.A.*, Civil Action No. H-23-3937, 2024 WL 466802, at *2 (S.D. Tex. Jan. 2**,** 2024*)* (taking a failure to respond to a party's motion to compel arbitration as a representation of no opposition and finding that Plaintiff agreed to arbitration). As of January 27, 2025, Plaintiffs have not responded to the Motion. There is no substantial justification for Plaintiffs' failure to timely respond. As such, the Motion should be considered unopposed.

"Under the FAA, a written arbitration agreement is prima facie valid and must be enforced unless the opposing party . . . alleges and proves that the arbitration clause itself was a product of fraud, coercion, or such grounds as exist at law or in equity for the revocation of the contract." *Freudensprung v. Offshore Tech. Servs., Inc.*, 379 F.3d 327, 341 (5th Cir. 2004) (internal quotations omitted). Because Plaintiffs have failed to oppose the Motion, they have

-2-

not met their burden to prove that there is any defense to the written arbitration agreement. Accordingly, the Court should grant the Motion, compel arbitration of Plaintiffs' claims against Mosaic and stay this action pending arbitration.

DATED: January 27, 2025

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Aimee C. Oleson*
**Aimee C. Oleson**
aoleson@sheppardmullin.com
Texas Bar # 24036391
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2200 Ross Avenue, Suite 2000
Dallas, Texas 75201
Telephone:  469.391.7418
Fax:  469.391.7401

*Counsel for Defendant Solar Mosaic LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2025, a true and correct copy of the foregoing document was served on the following counsel of record by the Court's electronic filing system:

Brandon A. Kinard
Abraham Garcia
Carlos A. Saldana
KGS LAW GROUP
150 W. Parker Rd. Suite 705-B
Houston, Texasw 77076
litigation@kgslawpllc.com

*Attorneys for Plaintiff*

D. Joe Griffin
TriSMART Solar, LLC
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
dgriffin@trismartsolar.com

*Attorney for TriSmart Solar, LLC*

                                         */s/ Aimee C. Oleson*
                                         Aimee C. Oleson